## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **Johnson v. Curry**
No.:        **C07-2610 MJJ**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 29, 2007</u>, I served the following documents:

NOTICE OF MOTION AND MOTION TO DISMISS;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
(W/EXHIBITS A-E)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Roosevelt Johnson
D-63610
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686
   *In Pro Se*
   *D-63610*

## Electronic Mail Notice List

I have caused the above-mentioned document to be electronically served on the following person, who is currently on the list to receive e-mail notices for this case:

**NONE**

**Manual Notice List**

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Roosevelt Johnson
D-63610
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686
 *In Pro Se*
 *D-63610*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 29, 2007, at San Francisco, California.

| S. Redd | *[signature]* |
|---|---|
| Declarant | Signature |

SF2007200665
20111482.wpd