

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT JOHNSON, | No. C 07-2610 MJJ (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| BEN CURRY, | (Docket No. 7) |
| Respondent. | |

Good cause appearing, petitioner's request for an extension of time, to and including February 11, 2008, in which to file an opposition to respondent's motion to dismiss is GRANTED.

This order terminates Docket No. 7.

IT IS SO ORDERED.

DATED: 1/8/2008

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\johnson.eot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROOSEVELT JOHNSON,

        Plaintiff,

v.

B CURRY et al,

        Defendant.

Case Number: CV07-02610 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roosevelt Johnson
Correctional Training Facility
Prisoner Id D 63610
P.O. Box 705
Soledad, CA 93960-0705

Dated: January 10, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk