IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT JOHNSON,<br>PETITIONER, | * NO. C07-2610 MJJ (PR)<br>* PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| V. | |
| BEN CURRY,<br>RESPONDENT, | |

### INTRODUCTION

PETITIONER NOW COMES BEFORE THIS COURT REQUESTING EXTENSION OF TIME TO FILE AN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITIONER'S WRIT OF HABEAS CORPUS DUE TO AN INSTITUTIONAL TRANSFER FROM SOLEDAD STATE PRISON TO CHUCKAWALLA STATE PRISON ON JANUARY 14, 2008.

MY LEGAL PROPERTY IS BEING STORED IN RECEIVING AND RELEASING (R&R) WHICH I DON'T HAVE ACCESS TO AT THIS TIME. MY HOUSING UNIT OFFICER, CORRECTIONAL OFFICER (C/O) FRABUZU SPOKE TO RECEIVING AND RELEASING (R&R) PERSONNEL AND STATED TO ME, "BECAUSE OF TRANSITION FROM GENERAL POPULATION TO SENSITIVE NEEDS YARD, AND INSTITUTIONAL MAINTENANCE, I WON'T HAVE ANY ACCESS TO MY LEGAL PROPERTY UNTIL IT'S CONVENIENT FOR SECURITY STAFF TO DO SO.

SO I ASK THE HONORABLE MARTIN J. JENKINS FOR

1  ANOTHER 60 DAY EXTENSION I DON'T FORESEE ASKING
2  FOR ANY FURTHER TIME.
3
4
5
6
7  I DECLARE UNDER PENALTY OF PERJURY, THAT THE FORGOING
8  IS TRUE AND CORRECT.
9
10 DATE: 2-7-08           SIGNED: Roosevelt Johnson
11                        CDC ID: D-63610

OFFICE OF THE ATTORNEY GENERAL

NORTHEN DISTRICT

THIS IS A NOTICE OF CHANGE OF ADDRESS TO THE ATTORNEY GENERAL: ROOSEVELT JOHNSON D-63610

P.O. BOX 2349

BLYTHE CALIFORNIA 92226

CHUCKAWALLA VALLEY STATE PRISON

PROOF OF SERVICE BY MAIL

[C.C.P. 1013, 2015; 28 U.S.C. 1746]

STATE OF CALIFORNIA   )
                      )
COUNTY OF RIVERSIDE   )

I, ROOSEVELT JOHNSON, am a resident of Chuckawalla Valley State Prison, County of Riverside, California, and am at least 18 years of age. My mailing address is P.O. Box 2349, Blythe, California, 92226.

On FEBRUARY 7, 2008 I served a true and correct copy of the following document(s); TWO (2) COPIES TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA REQUESTING A 60 DAY EXTENTION OF TIME. ALSO ONE (1) COPY TO THE ATTORNEY GENERAL.

on each party listed below by placing it in an envelope, with adequate postage or provided, and by depositing said envelope (in a box for United States Mail) at CVSP, P.O. Box 2349, Blythe, California, 92226.

Each party has been duly served.

This copy is being mailed to; ATTORNEY GENERAL OFFICE, NORTHERN DISTRICT
1515 CLAY ST. 20TH FLOOR.
P.O. BOX 70550
OAKLAND CALIFORNIA 94612-0550

I have mailed additional copies to; OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO CALIFORNIA 94102

There is regular delivery service by the United States Mail between the above place of mailing and the parties listed.

I declare under penalty of perjury, that the forgoing is true and correct.

Signed Roosevelt Johnson   CDC I.D.# D-63610