FILED
MAR 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT JOHNSON, | No. C 07-2610 MJJ (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| BEN CURRY, | (Docket No. 9) |
| Respondent. | |

Good cause appearing, petitioner's request for an extension of time in which to file an opposition to respondent's motion to dismiss is GRANTED, to and including **April 28, 2008.**.

This order terminates Docket No. 9.

IT IS SO ORDERED.

DATED: 3/31/2008

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\johnson.eot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROOSEVELT JOHNSON,

    Plaintiff,

v.

B CURRY et al,

    Defendant.
    _____/

Case Number: CV07-02610 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amber Nicole Wipfler
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Roosevelt Johnson
Correctional Training Facility
Prisoner Id D 63610
P.O. Box 705
Soledad, CA 93960-0705

Dated: April 2, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk