```
STATE OF CALIFORNIA    )
                       ) ss    PROOF OF SERVICE BY      C07-2610
COUNTY OF RIVERSIDE    )       PERSON IN CUSTODY                JF
```

Filed APR 18 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

I, **Roosevelt Johnson**, the undersigned, certify, and do declare that I am over the age of 18 years, incarcerated at **Chuckawalla Valley State Prison**, located at **Blythe, California** and a party/ not a party to the attached foregoing cause of action. On **APRIL 15, 2008**, I did serve a true copy of: **PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS UNTIMELY PURSUANT TO § 2244(d)(1), ONE-YEAR STATUTE OF LIMITATION PERIOD.** **TWO (2) COPIES**

[ ] by depositing it in a prison mail box in a sealed envelope, or [X] by handing it to institutional staff in a sealed envelope, along [ ] with Inmate Trust Account Withdrawal Order Form attached to it requesting that postage be fully prepaid, or [X] with postage affixed thereto for deposit in The United States Mail pursuant to California Code of Regulations Sections 3142 and 3165;

Addressed to the following: **OFFICE OF THE CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA 280 SOUTH FIRST STREET, ROOM 2112 SAN JOSE CALIFORNIA 95113-3095** **TWO (2) COPIES**

Intended place of mailing: U.S. Post Office, at **Blythe**, California.

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and belief. Executed on **APRIL 15, 2008**.

_Roosevelt Johnson_
PETITIONER/DECLARANT IN PROPER

///