

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

C07-2610 - JF

To this Honorable Court. This serves as a notice of address change:

Roosevelt Johnson D-63610
P.O. Box 2349
Blythe California 92226

Date: April 15, 2008

Roosevelt Johnson